**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06-cr-044 |
| ) | |
| Michael Collins, ) | **ORDER MODIFYING CONDITIONS** |
| ) | **OF RELEASE** |
| Defendant. ) | |

___

Before the Court is the defendant's motion to amend the Court's order setting release conditions. The defendant is on presentence release. Sentencing is scheduled for December 4, 2006, at 10:00 a.m. in Bismarck. The Court's order setting conditions of release dated June 22, 2006, placed the defendant in the third party custody of Centre, Inc. and required the defendant to reside at Centre, Inc. Employment opportunities have now arisen in the Fairview Montana area. The supervising pretrial services officer and the U.S. Attorney's Office have no objection to the modification.

Accordingly, the defendant's motion is granted. Conditions 4(b) and 4(c) are hereby stricken from the Court's June 22, 2006, order. The other conditions remain in effect.

**IT IS SO ORDERED.**

Dated this 21st day of September, 2006.

/s/ *Patrick A. Conmy*
Patrick A. Conmy, Senior District Judge
United States District Court